Order issued December 20 , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01706-CV

## IN RE MARK D. PACKER, Relator

**Original Proceeding from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-06711-C**

# ORDER

Before Justices O'Neill, Francis, and Murphy

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus

and emergency motion for temporary relief. We **ORDER** that relator bear the costs of this original

proceeding.

MOLLY FRANCIS
JUSTICE